UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO ADAMS,                    ) | |
|              Movant,    ) | |
| vs.                         ) | Case No. 4:11CV1115 HEA |
| UNITED STATES OF AMERICA,  ) | |
|              Respondent.  ) | |

## **ORDER**

This matter is before the Court upon review of Antonio Adams' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court notes that movant has submitted an incomplete and unsigned motion - page 11 is missing. Both this Court's Local Rule 2.01(A) and Rule 2(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts give this Court the authority to order movant to amend his motion to vacate, set aside, or correct sentence. Movant is reminded to sign his motion.

Therefore,

**IT IS HEREBY ORDERED** that, in addition to a copy of this Order, the Clerk of Court shall forward to movant the Court's form for filing a "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody" (AO Form 243).

**IT IS FURTHER ORDERED** that movant shall complete, sign, and return this form within thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to complete and return this form within thirty days, the Court will dismiss this action without prejudice.

**IT IS FURTHER ORDERED** that upon movant's filing of the form motion, the Clerk shall resubmit this matter to the Court for review under Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Court.

Dated this 24th day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE